```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

ANTHONY J. CARROLL,              :    HONORABLE JOSEPH E. IRENAS
                                 : Civ. Action No. 13-2833(JEI/AMD)
          Plaintiff,             :
                                 :    **ORDER GRANTING DEFENDANT'S**
     v.                          :    **MOTION TO DISMISS (Dkt. No. 4)**
                                 :    **AND GRANTING PLAINTIFF LEAVE**
                                 :    **TO FILE AN AMENDED COMPLAINT**
DELAWARE RIVER PORT AUTHORITY,   :    **ON OR BEFORE JULY 23, 2013**
                                 :
          Defendant.             :
_____:


**APPEARANCES**:

MATTHEW S. WOLF, ESQUIRE, LLC
By:  Matthew S. Wolf, Esq.
B, 2^(ND) Floor
1236 Brace Road
Cherry Hill, NJ 08034
          Counsel for Plaintiff

DEASEY, MAHONEY, VALENTINI & NORTH LTD
By:  Carla P. Maresca, Esq.
80 Tanner Street
Haddonfield, NJ 08033-2419
          Counsel for Defendant



**IRENAS**, Senior District Judge:

     This matter having appeared before the Court upon Defendant

Delaware River Port Authority's Motion to Dismiss, or in the

Alterative for a More Definite Statement, (Dkt. No. 4), the

Court having considered the submissions of the parties, and for

the reasons stated in the Court's Opinion issued on even date herewith,

**IT IS** on this  9th  day of July, 2013,

**ORDERED THAT**:

(1) Defendant Delaware River Port Authority's Motion to Dismiss (Dkt. No. 4) is hereby **GRANTED**.

(2) Plaintiff Carroll is hereby **GRANTED LEAVE** to file an Amended Complaint on or before July 23, 2013. If no Amended Complaint is filed, the Court's decision on the instant Motion shall be deemed an adjudication on the merits of the Complaint, and the Clerk of Court will be directed to close this case.

s/ Joseph E. Irenas
**JOSEPH E. IRENAS, S.U.S.D.J.**